IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LORENZO RANIER, #12240-002, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CASE NO. 2:14-CV-1136-WKW [WO] |
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| Respondent. | ) | |

## **ORDER**

On April 13, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 10.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation (Doc. # 10) is ADOPTED.

2. The Rule 60(b) motion (Doc. # 1) challenging the integrity of the proceedings in Petitioner's first § 2255 motion in this court (Case No. 2:11-CV-414-MEF) is DENIED.

3. Pursuant to 28 U.S.C. § 1631, this case, which now consists of Petitioner's challenge to the term of supervised release imposed by the United States District

Court for the Northern District of Georgia, is TRANSFERRED to the United States District Court for the Northern District of Georgia.

The Clerk of the Court is DIRECTED to take the necessary steps to effectuate the terms of this order.

DONE this 17th day of May, 2017.

/s/ W. Keith Watkins<br>CHIEF UNITED STATES DISTRICT JUDGE